**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VEDANTA BIOSCIENCES INC. and THE UNIVERSITY OF TOKYO,<br><br>Plaintiffs,<br><br>v.<br><br>SERES THERAPEUTICS INC., NESTLÉ S.A., SOCIÉTÉ DES PRODUITS, NESTLÉ S.A., NESTLÉ HEALTH SCIENCE S.A., NHSC RX LICENSE GMBH, AIMMUNE THERAPEUTICS, INC., and NESTLE HEALTHCARE NUTRITION, INC.,<br><br>Defendants. | ) | C.A. No. 1:24-cv-00957-RGA |

**DEFENDANTS SERES THERAPEUTICS, INC., AIMMUNE THERAPEUTICS, INC., AND NESTLE HEALTHCARE NUTRITION, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Seres Therapeutics, Inc. ("Seres"), Aimmune Therapeutics, Inc. ("Aimmune"), and Nestlé Healthcare Nutrition, Inc. ("NHC Nutrition") (collectively, "Defendants") hereby move to dismiss Plaintiffs' First Amended Complaint (D.I. 16) with prejudice as to Seres, Aimmune, and NHC Nutrition for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in Defendants' Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendants*

March 3, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VEDANTA BIOSCIENCES INC. and THE UNIVERSITY OF TOKYO,<br><br>Plaintiffs,<br><br>v.<br><br>SERES THERAPEUTICS INC., NESTLÉ S.A., SOCIÉTÉ DES PRODUITS, NESTLÉ S.A., NESTLÉ HEALTH SCIENCE S.A., NHSC RX LICENSE GMBH, AIMMUNE THERAPEUTICS, INC., and NESTLE HEALTHCARE NUTRITION, INC.,<br><br>Defendants. | ) | C.A. No. 1:24-cv-00957-RGA |

**[PROPOSED] ORDER**

The Court, having considered Defendants Seres Therapeutics, Inc., Aimmune Therapeutics, Inc., and Nestlé Healthcare Nutrition, Inc.'s Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss")

IT IS HEREBY ORDERED, this ________ day of _____________________, 2025, that:

1. Defendants' Motion to Dismiss is GRANTED; and

2. Plaintiffs' claims in the First Amended Complaint (D.I. 16) against Defendants Seres Therapeutics, Inc., Aimmune Therapeutics, Inc., and Nestlé Healthcare Nutrition, Inc. are DISMISSED WITH PREJUDICE.

______________________________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 3, 2025, upon the following in the manner indicated:

Daniel A. O'Brien
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Dominick A. Conde
Damien N. Dombrowski
Joshua D. Calabro
VENABLE LLP
151 West 42nd Street
New York, NY 10036
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)