IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEDANTA BIOSCIENCES, INC., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 24-957-RGA |
| | : |
| SERES THERAPEUTICS, INC., et al., | : |
| | : |
| Defendants. | : |

# ORDER

This **22** day of December, 2025, upon consideration of the Magistrate Judge's Report and Recommendation dated December 2, 2025 (D.I. 49), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 49) is **ADOPTED**.

2. Defendants Nestlé S.A. and NHSc Rx License GmbH motions to dismiss for lack of personal jurisdiction (D.I. 29 & 35) are **GRANTED,** Plaintiffs' request for jurisdictional discovery regarding Société des Produits Nestlé A.S. is **GRANTED**, and Société des Produits Nestlé A.S. motion to dismiss for lack of personal jurisdiction (D.I. 32) is DENIED without prejudice to renew.

/s/ Richard G. Andrews
United States District Judge