# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEDANTA BIOSCIENCES, INC. and THE UNIVERSITY OF TOKYO, <br><br> Plaintiffs, <br><br> v. <br><br> SERES THERAPEUTICS, INC., SOCIETE DES PRODUITS NESTLE S.A., NESTLE HEALTH SCIENCE S.A., AIMMUNE THERAPEUTICS, INC., and NESTLE HEALTHCARE NUTRITION, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 24-957-RGA ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on January 7, 2026, a true and correct copy of *Plaintiffs' First Set of Jurisdictional Discovery Requests Société des Produits Nestlé S.A for the Production of Documents & Things* was caused to be served on the following counsel of record in the manner(s) indicated:

**VIA EMAIL**

Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
JTigan@morrisnichols.com

Carmine R. Zarlenga
MAYER BROWN LLP
1999 K Street
N.W. Washington, D.C. 20006
czarlenga@mayerbrown.com

Nan Zhang
MAYER BROWN LLP
1221 Avenue of the Americas

New York, NY 10020
nzhang@mayerbrown.com

Dated: January 7, 2026

OF COUNSEL

Dominick A. Conde
Damien N. Dombrowski
Joshua D. Calabro
**VENABLE LLP**
151 West 42nd Street
New York, NY 10036
(212) 307-5500
dconde@venable.com
ddombrowski@venable.com
jdcalabro@venable.com

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (# 4897)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3523
daobrien@venable.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Daniel A. O'Brien, hereby certify that on this 7th day of January, 2026, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

                                                              */s/ Daniel A. O'Brien*
                                                              Daniel A. O'Brien (No. 4897)