IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEDANTA BIOSCIENCES INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SERES THERAPEUTICS, INC., et al., <br><br> Defendants. | Civil Action No. 24-957-RGA |

ORDER

It does not require much to plead a claim for direct patent infringement.

The Amended Complaint identifies the accused product as Vowst. (D.I. 16 at ¶¶ 9, 19). The Amended Complaint alleges that treating patients with Vowst is "covered by one or more claims" of the two asserted method patents (*id*. at ¶¶ 103, 115) and that Defendants' pharmaceutical composition Vowst is "covered by one or more claims" of three asserted pharmaceutical composition patents (*id*. at ¶¶ 127, 142, 159).[1] Normally, something like these allegations would be sufficient to state a claim that Vowst and its method of use meet the elements of claims of the asserted patents. *See Disc Disease Sols. Inc. v. VGH Sols., Inc.*, 888 F.3d 1256, 1260 (Fed. Cir. 2018).

Defendants filed a motion to dismiss. (D.I. 18). Defendants argue that Plaintiffs do not state a claim for direct infringement because Plaintiffs do not sufficiently support the allegation that Vowst "induces proliferation and/or accumulation of regulatory T cells," and/or that Vowst has "bacterial strains belonging to Clostridium clusters IV and/or XIVa." (D.I. 19 at 2).

---

[1] I am oversimplifying, since the method claims require a pharmaceutical composition, and the pharmaceutical composition patents also have method claims that the use of Vowst is said to infringe.

The Amended Complaint alleges: "[L]ive bacterial strains in Vowst® belong to the clostridium genus. Upon further information and belief, at least some of the live bacterial strains in Vowst® belong to Clostridium clusters IV and/or XIVa." (D.I. 16 at ¶ 85). Further, "[T]he live bacterial strains in Vowst® induce proliferation and/or accumulation of regulatory T cells in the human administered Vowst®. Upon information and belief, butyrate supports proliferation and/or accumulation of regulatory T-cells." (*Id*. at ¶ 86).

The support for Plaintiffs' assertions is an issue for another day. The allegations in the Amended Complaint are sufficient to state a claim. The motion to dismiss (D.I. 18) is DENIED.

/s/ Richard G. Andrews
United States District Judge