IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEDANTA BIOSCIENCES INC. and THE UNIVERSITY OF TOKYO, Plaintiffs, | |
| v. | C.A. No. 24-957 (RGA) |
| SERES THERAPEUTICS INC., SOCIÉTÉ DES PRODUITS NESTLÉ S.A., AIMMUNE THERAPEUTICS, INC., and NESTLE HEALTHCARE NUTRITION, INC., Defendants. | **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *U.S. Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories (No. 1)* were caused to be served on October 19, 2026, upon the following in the manner indicated:

Daniel A. O'Brien
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Dominick A. Conde
Damien N. Dombrowski
Joshua D. Calabro
Kaitlyn Rodnick
VENABLE LLP
151 West 42nd Street
New York, NY 10036
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Angus Chen
Catherine Mattes
Elizabeth J. Murphy
Ross Misskelley
QUINN EMMANUEL URQUHART
& SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

*Attorneys for Defendants Seres Therapeutics Inc., Aimmune Therapeutics, Inc., and Nestlé HealthCare Nutrition, Inc.*

October 19, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 19, 2026, upon the following in the manner indicated:

Daniel A. O'Brien *VIA ELECTRONIC MAIL*
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Attorneys for Plaintiffs*

Dominick A. Conde *VIA ELECTRONIC MAIL*
Damien N. Dombrowski
Joshua D. Calabro
Kaitlyn Rodnick
VENABLE LLP
151 West 42nd Street
New York, NY 10036
*Attorneys for Plaintiffs*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

Daniel A. O'Brien
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Dominick A. Conde
Damien N. Dombrowski
Joshua D. Calabro
Kaitlyn Rodnick
VENABLE LLP
151 West 42nd Street
New York, NY 10036
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)